**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

TERESA GUEVARA,                    )
                                )
           Plaintiff,            )
                                )     NO.  CV-09-3115-JPH
      vs.                        )
                                )     **JUDGMENT IN A**
MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
Commissioner of Social Security,   )
                                )
           Defendant.            )
                                )
_____)

**DECISION BY THE COURT:**

      This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that:

      Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

      DATED this 4th day of  March, 2011.

                                  JAMES R. LARSEN
                                  District Court Executive/Clerk


                             by: ____s/ Karen White_____
                                  Deputy Clerk

cc: all counsel